**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DIANNE BUCCERI, et al.,
　　　Plaintiffs,

　　　v.　　　　　　　　　　　　　　　　Civil Action No. 1:15-cv-13955-IT

CUMBERLAND FARMS, INC.,
　　　Defendant.

**Amended Scheduling Order**
**February 15, 2017**

TALWANI, D.J.

　　　This Amended Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Phase I Discovery**

　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1.　　**Phase I.** Phase I discovery involves the claims of 8 named or opt-in Plaintiffs ("Phase I Plaintiffs") and Defendant's defenses to such claims. Each side shall select 4 plaintiffs from the named and opt-in plaintiffs ("Phase I Plaintiffs") and exchange the selections by February 21, 2017.

　　　a.　　Fact Discovery – Interim Deadlines.

　　　　　i.　　Defendant shall respond to Plaintiffs' previously served requests for production of documents and interrogatories, as they pertain to the Phase I Plaintiffs, by March 16, 2017.

　　　　　ii.　　Phase I Plaintiffs shall respond to Defendant's previously served requests for production of documents and interrogatories by March 16, 2017. If Defendant has not served a Phase I Plaintiff with requests for production of documents and interrogatories, it may promptly serve such discovery. Responses must be made 30 days from the date of service.

　　　　　iii.　　Depositions of the Phase I Plaintiffs shall last no longer than two hours each. Depositions of witnesses who Defendants have identified as Area Sales Managers or District Managers ("District Managers") shall be limited to those District Managers who supervised the Phase I Plaintiffs. All other depositions shall proceed according to the Federal Rules of Civil

Procedure and the Local Rules of the District of Massachusetts. All depositions must be completed by May 15, 2017.

b.    Fact Discovery – Final Deadline.  All discovery as to Phase I Plaintiffs' claims and Defendant's defenses to such claims, other than expert discovery, must be completed by May 15, 2017.

c.    Status Conference.  A status conference will be held on April 25, 2017 at 2:30 p.m.

d.    Dates for expert discovery and dispositive motions will be set at the status conference.

2.    **Phase II.** Phase II deadlines will be addressed by subsequent order.

## Procedural Provisions

3.    **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

4.    **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

5.    **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

6.    **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

7.    **Early Resolution of Issues.** The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to confer and jointly advise the court of any such issues.

8.    **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

-3-

9.    **Discovery Disputes.**  In the event the parties encounter a discovery dispute, they are encouraged to request a hearing or telephone conference with the court before filing a discovery motion.

<div style="margin-left: 50%;">

**Indira Talwani**
**United States District Judge**

By:    **/s/Gail A. Marchione**
**Courtroom Deputy Clerk**

</div>

**Date: February 15, 2017**