# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUCCERI, JANET CHARAK, and LISA SANDERS, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CUMBERLAND FARMS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br> CIVIL ACTION NO. 1:15-CV-13955 |

## DEFENDANT'S MOTION TO DISMISS
## OPT-IN PLAINTIFF JENNIE SENAC WITH PREJUDICE

Pursuant to Rules 37(d) and 41(b) of the Federal Rules of Civil Procedure, Defendant Cumberland Farms ("Cumberland Farms") hereby moves this Court to dismiss the claims of opt-in Plaintiff Jennie Senac with prejudice because she has refused to meet her discovery obligations and has failed to prosecute her claims.  In support of this motion, Cumberland Farms submits the accompanying memorandum of law.

WHEREFORE, Cumberland Farms respectfully requests that this Court dismiss the claims of opt-in Plaintiff Jennie Senac with prejudice and grant such other and further relief as the Court deems just and proper.

Dated: August 28, 2017

Respectfully submitted,

CUMBERLAND FARMS, INC.,

By its Attorneys,

/s/ *Robert A. Fisher*
Richard L. Alfred (BBO # 015000)
Robert A. Fisher (BBO # 643797)
Alison Silveira (BBO #666814)
Molly C. Mooney (BBO # 687812)
rfisher@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:  (617) 946-4800
Facsimile:   (617) 946-4801

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Robert A. Fisher, hereby certify that counsel for Cumberland Farms conferred with Plaintiffs' counsel regarding the substance of the foregoing motion.  On August 21, 2017, I had a telephone call with Michael Palitz, counsel for Plaintiffs, regarding the motion.  As discussed at the August 14, 2016 status conference, Plaintiffs' counsel were uncertain as to whether they intended to oppose the motion.  During our telephone conversation, Mr. Palitz stated that while the lawyers were inclined to not file an opposition, they did not have authority from Ms. Senac to take that position and that she might wish to file an opposition.  Mr. Palitz stated that they continued to be unable to reach Ms. Senac and that he would send an email to me to confirm their position.  The following day, on August 22, 2017, Mr. Palitz sent an email indicating that Plaintiffs' counsel "have been unable to communicate with Ms. Senac and will be filing a request to withdraw as her counsel."  Based on these communications, we were unable to limit the foregoing motion.

/s/  *Robert A. Fisher*
Robert A. Fisher

### CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on August 28, 2017 this document was filed through the Court's ECF system and that Plaintiffs' counsel includes registered users designated to receive Notices of Electronic Filings in this matter.

/s/  *Robert A. Fisher*
Robert A. Fisher

40654288v.1